M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

2007 SEP 28  A 10: 06

_James·Edwin Pratt_       DEBRA P. HACKETT, CLK
Full name and prison name of    U.S. DISTRICT COURT
Plaintiff(s)                MIDDLE DISTRICT ALA

)
v.                                )        CIVIL ACTION NO. _3:07CV866-WKW_
                                  )        (To be supplied by Clerk of U.S. District
_Frank Lucas-Clerk of_            )        Court)
_Tallapoosa County Court._        )
                                  )
_____         )
_____         )
_____         )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)               )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court dealing with the same or
            similar facts involved in this action?  YES ☐   No ☑

      B.    Have you begun other lawsuits in state or federal court relating to your
            imprisonment?        YES ☐        NO ☑

      C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
            is more than one lawsuit, describe the additional lawsuits on another piece of paper,
            using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff (s) _N.A._____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if state court, name the county)

                  _____

                  _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still
    pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _United States Penitentiary #2,_
_Coleman, Florida_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Jackson County_
_Correctional Facility, Marrianna, Florida_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

       NAME                          ADDRESS

1.  _Frank Lucas - Clerks Office  125 N. Broadnox St. RM B2 Dadsvilk, AL 36853_

2.  _____

3.  _____

4.  _____

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _November 10,_
_1999_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  _Right of access to the court to pursue_
_appeal from criminal conviction._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

On Nov. 4, 1999 I requested forms from Frank Lucas, Clerk of Court to file a timely appeal. Frank Lucas did not provide me with these form, denying my constitutionally protected right of access to the court.

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I request this Court to re-instate my appeal and Frank Lucas pay all court cost including lawyer bills.

_____

_____

_____

James Pratt
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 - 1 - 2007                    .
                  (Date)

                                    James Pratt
                    Signature of plaintiff(s)



James E. Pratt
Jackson County Corr. Facility
2737 Penn Ave
Marianna, Fl. 32448
November 4, 1999

Frank Lucas
Circuit Court Clerk
Tallapossa County, AL.

NOV 1 1999
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

forward to CSR
11/10/99

Dear Sir

I'm in Florida jail and have an Alabama state criminal case (cc-99-072+073) that I would like to get documents and transcripts, in to get do appeal or file a post-conviction. I'm not allowed Alabama law books here, and need the procedures to file with the Court. I would like to have an Attorney appointed. because my Last attorney did not properly represent my case at Trial or Sentencing and deprived me of my appeal! I've written to counsel and the Alabama court of appeals about my case, but can't get any information. If its possible, I need forms to file appeal or do my motion before the courts Any help you may offer will be greatly appreciat Thank you for your attention in this Mater.

James E. Pratt

EXHIBIT
"D"



James Prattigrille-017
Federal Correctional Complex IA
USP Coleman 3, P.O. Box 1034
Coleman, FL. 33521-1034
# (lot 6586 -

Office of Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000565
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: BOP
-----------------------------------
PLRA CIVIL FILING FEE
 For: JAMES PRATT
 Case/Party: D-ALM-3-07-CV-000866-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 222131246189
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00