IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES EDWIN PRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-0866-WKW |
| | ) | |
| FRANK LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 4, 2007, the Magistrate Judge filed a Recommendation (Doc. # 2) in this case to which the plaintiff filed a timely objection. (Doc. # 3.)  Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 2) is ADOPTED;

2. The plaintiff's objection (Doc. # 3) is OVERRULED;

3. Plaintiff's 42 U.S.C. § 1983 action is DISMISSED prior to service of process in accordance with 28 U.S.C. § 1915A(b)(1);

4. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

Done this the 15th day of November 2007.

                                              /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE