United States District Court
For The Middle District Of Alabama
Eastern Division

James Edwin Pratt,        )
    Pro Se Petitioner,    )   Case No. 3:07-CV-0866-
  vs.                     )   WKW
Frank Lucas,              )
    Defendant             )

### Notice Of Appeal

Notice is hereby given that Petitioner, James Edwin Pratt, pro se in the above case, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 15 day of Nov. 2007.

12-1-07    X James Pratt
           Reg. No. 04616-017
           F.C.C.-USP-2
           P.O. Box 1034
           Coleman, FL. 33521

James Pratt 04616-017  I2
Federal Correctional Complex
USP Coleman, FL. PO Box 1034
Coleman, FL. 33521-1034

TAMPA FL 336
03 DEC 2007 PM 5 T



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711