Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 04, 2008

**Appeal Number: 07-15750-C**
Case Style: James Edwin Pratt v. Frank Lucas
District Court Number: 07-00866 CV-W-E

TO:   Debra P. Hackett

CC:   James Edwin Pratt (04616-017)

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 04, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15750-C**
Case Style: James Edwin Pratt v. Frank Lucas
District Court Number: 07-00866 CV-W-E

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Vacant Desk / spt (404) 335-6120

Encl.

plradism (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15750-C

JAMES EDWIN PRATT,

Plaintiff-Appellant,

versus

FRANK LUCAS,
Clerk of Tallapoosa County Court,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 4th day of January, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Vacant Desk / spt
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40